UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In Re:                                                Bankruptcy Case No. 10-17888

Christopher C. & Stephanie L. Will,

    Debtors.

## OBJECTION TO AMENDED CLAIM OF EXEMPTION
## AND REQUEST FOR HEARING

The Trustee objects to the Amended Claim of Exemption made by the debtors in the property at 5575 Lincoln Avenue, Hemet, California, 92544, in the amount of $15,850. The debtors gave a security interest in that property, and pursuant to § 522(g) and 522(h), they are not able to exempt the asset in question because it was a voluntary transfer of the property by the debtors, the debtors are not able to avoid the transfer under 522(f)(1)(B), and the Trustee intends to avoid the transfer pursuant to § 544 of the Bankruptcy Code. The Trustee requests a hearing.

Dated this 9th day of February, 2011.

                                                         **KEPLER & PEYTON**

                                                         Michael Kepler
                                                         Attorneys for Trustee

634 W. Main St., Ste. 202
Madison, WI 53703
(608) 257-5424